U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

JH

NOTE: In order to appear before this Court an att standing of this Court's general bar or be granted by Local Rules 83.12 through 83.14.

07CV0730
JUDGE GUZMAN
MAG. JUDGE DENLOW

In the Matter of

OCEAN TOMO LLC v.
SIMON PROPERTY GROUP, WILDCARD SYSTEMS, INC.,
FSV PAYMENT SYSTEMS, INC., MBC DIRECT LLC,
GREEN DOT CORP., ONE GLOBAL FINANCE, INC., and
TRANSCEND LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRANSCEND LLC

FILED
FEB 06 2007
Feb. 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Charles C. Kinne |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Charles C. Kinne |

| FIRM |
|---|
| Fitch, Even, Tabin & Flannery |

| STREET ADDRESS |
|---|
| 120 S. LaSalle Street, Suite 1600 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6188708 | 312-577-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |